379 A.2d 589

Commonwealth v. Harris, Appellant.

Submitted June 13, 1977. William J. Ward, and Agulnick, Talierco, McShane & Supplee, for appellant; Elliott D. Goldberg, Assistant District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below when called, in order to be committed by that court to serve any portion of the sentence which had not been completed at the time the appeal was made a supersedeas.

HOFFMAN, J., dissents based on *Commonwealth v. Riggins*, 474 Pa. 115, 377 A.2d 140 (1977).

379 A.2d 589

Commonwealth, Appellant, v. Hegland.

Submitted April 11, 1977. C. Gregory Frantz, Special Assistant District Attorney, and Frederick F. Coffroth, District Attorney, for Commonwealth, appellant; Paul T. Teacher, for appellee.

Appeal quashed.